## Chester MATHEWS v. STATE.

### No. 19406.

Court of Criminal Appeals of Texas.

Oct. 13, 1937.

Wiley B. Thomas, of Groveton, and L. D. Johnson, of Waxahachie, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is swindling; penalty assessed at confinement in the penitentiary for a period of three years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## Marvin SHAFFER, alias Marvin Shaefer, v. STATE.

### No. 19413.

Court of Criminal Appeals of Texas.

Nov. 3, 1937.

Emmett Shelton, of Austin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is burglary; penalty assessed at confinement in the penitentiary for two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## Fred STANSBURY, G. Schill, S. M. Willis, and H. B. Chamberlin, v. STATE.

### No. 19196.

Court of Criminal Appeals of Texas.

Oct. 13, 1937.

H. J. Bernard, B. L. Palmer, and King C. Haynie, all of Houston, for appellants.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is bookmaking; penalty assessed at a fine of $200 and confinement in the county jail for thirty days.

Since the filing of the transcript in this case, the appellant, H. B. Chamberlin, has filed a written motion, duly verified, requesting the withdrawal of his appeal.

The request is granted, and the appeal is ordered dismissed.

As to the other appellants mentioned, their cases will be set for hearing at a future date.

## Arthur WILLIAMS v. STATE.

### No. 19165.

Court of Criminal Appeals of Texas.

Oct. 13, 1937.

Robert L. Russell, of Brownwood, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is burglary; penalty assessed at confinement in the penitentiary for two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.